UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
WINIFRED NNAKWE,

                Plaintiff,                ORDER
                                                    11-CV-2415(JS)
      -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------X
APPEARANCES:

For Plaintiff:      Winifred Nnakwe, Pro Se
                      190 Acorn Avenue
                      Central Islip, New York 11722

For Defendant:     No Appearance

SEYBERT, District Judge:

        On May 17, 2011, pro se, plaintiff Winifred Nnakwe ("Plaintiff") filed a Complaint seeking review of the decision of an administrative law judge pursuant to Section 205(g) and/or Section 1631(c)(3) of the Social Security Act, as amended, 42 U.S.C. § 405(g) and/or § 1383(c)(3). Plaintiff has also filed an application to proceed in forma pauperis. Upon review of the declaration accompanying Plaintiff's application, Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is granted.

        The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York copies of Plaintiff's Summons, Complaint and this Order for service upon

the Defendant without prepayment of fees; and to mail a copy of this Order to the Plaintiff at her last known address.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: August  3 , 2011
       Central Islip, New York